UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| VICTOR VARNEY and ANDRZEJ KMIECIK, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) ) ) | Case No. 07 C 6478 |
| Plaintiffs, | ) ) | Judge Pallmeyer |
|  | ) | Magistrate Judge Schenkier |
| v. | ) ) |  |
| MENTICE, INC., | ) ) |  |
| Defendant. | ) ) |  |

**AGREED MOTION OF DEFENDANT FOR AN EXTENSION OF TIME
TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING**

Defendant Mentice, Inc. ("Mentice"), by its attorneys, respectfully requests that the Court extend the time within which Mentice must file its Answer or other responsive pleading in the above-captioned case by 30 days. In support of this Motion, Mentice states as follows:

1. Pursuant to the Court's order dated December 18, 2007, Mentice's Answer or other responsive pleading is currently due on January 15, 2008. (*See* Docket No. 7.)

2. On January 9, 2008, Mentice retained Sidley Austin LLP to represent it in this case. Mentice's attorneys at Sidley Austin LLP therefore have not yet had sufficient time to investigate the allegations raised in the Complaint, which include without limitation collective action claims under the Fair Labor Standards Act and claims under the Illinois Minimum Wage Law, and to prepare Mentice's answer or other responsive pleading.

      3.      Counsel for Mentice believe that they will be able to complete their investigation and prepare Mentice's answer or other responsive pleading with an additional 30 days following the original due date of January 15, 2008.

      4.      Counsel for Plaintiffs Victor Varney and Andrzej Kmiecik has indicated to counsel for Mentice that they do not object to this proposed 30-day extension.

WHEREFORE, Mentice respectfully requests that this Court grant this Agreed Motion and extend the time within which Mentice must file its Answer or other responsive pleading by 30 days, to and including February 14, 2008.

DEFENDANT MENTICE, INC.

By: */s/ Sarah M. Konsky*_____
    One of Its Attorneys

Brian J. Gold
James D. Weiss
Sarah M. Konsky
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
T: (312) 853-7000
F: (312) 853-7036
Firm No. 42418

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR VARNEY and ANDRZEJ KMIECIK, on behalf of themselves and all other similarly situated persons, known and unknown, ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 07 C 6478 |
| ) | |
| v. ) ) | Judge Pallmeyer Magistrate Judge Schenkier |
| MENTICE, INC., ) ) | |
| Defendant. ) ) | |

## Certificate of Service

I hereby certify that on January 14, 2008, I electronically filed the attached with the Clerk of Court using the CM/ECP system which will send notification of such filing to the following counsel for Plaintiff:

Douglas M. Werman
Maureen Ann Bantz
WERMAN LAW OFFICE, P.C.
77 West Washington Street
Suite 1402
Chicago, IL  60602

Respectfully submitted,

*/s/ Sarah M. Konsky*
Sarah M. Konsky
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603

3

CH1 4124149v.1