UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| VICTOR VARNEY and ANDRZEJ KMIECIK, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) ) | |
| | ) | Case No. 07 C 6478 |
| | ) | |
| Plaintiffs, | ) | Judge Pallmeyer |
| | ) | Magistrate Judge Schenkier |
| v. | ) | |
| | ) | |
| MENTICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

To:  Douglas M. Werman
   Maureen Ann Bantz
   WERMAN LAW OFFICE, P.C.
   77 West Washington Street
   Suite 1402
   Chicago, IL  60602

PLEASE TAKE NOTICE that on **Thursday, January 17, 2008, at 8:45 a.m.**, or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Presiding Judge Rebecca R. Pallmeyer in the courtroom usually occupied by her in the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Agreed Motion of Defendant for an Extension of Time to File its Answer or Other Responsive Pleading.**

DEFENDANT MENTICE, INC.

By: */s/ Sarah M. Konsky*_____
   One of Its Attorneys

Brian J. Gold
James D. Weiss
Sarah M. Konsky
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
T: (312) 853-7000
F: (312) 853-7036
Firm No. 42418

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VICTOR VARNEY and ANDRZEJ KMIECIK, on behalf of themselves and all other similarly situated persons, known and unknown,** )<br>)<br>)<br>)<br>)<br>)<br>) | |
| )  **Plaintiffs,** ) | **Case No. 07 C 6478** |
| ) | |
| v. ) | **Judge Pallmeyer**<br>**Magistrate Judge Schenkier** |
| ) | |
| **MENTICE, INC.,** ) | |
| ) | |
| **Defendant.** )<br>) | |

## Certificate of Service

      I hereby certify that on January 14, 2008, I electronically filed the attached with the Clerk of Court using the CM/ECP system which will send notification of such filing to the following counsel for Plaintiffs:

    Douglas M. Werman
    Maureen Ann Bantz
    WERMAN LAW OFFICE, P.C.
    77 West Washington Street
    Suite 1402
    Chicago, IL  60602

                                      Respectfully submitted,

                                      */s/ Sarah M. Konsky*
                                      Sarah M. Konsky
                                      SIDLEY AUSTIN LLP
                                      One South Dearborn Street
                                      Chicago, IL  60603