IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR VARNEY and ANDREIJ KMIECIK, on behalf of themselves and other similarly situated persons, known and unknown, )<br><br>Plaintiffs, )<br><br>v. )<br><br>Mentice, Inc., )<br><br>Defendant. ) | 07 C 6478<br><br>Judge Pallmeyer<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

To: Maureen Ann Bantz
Werman Law Office, P.C.
77 W. Washington
Suite 1402
Chicago, IL 60602

On February 20, 2008 at 9:00 a.m., or as soon as thereafter counsel may be heard, I shall appear before the Judge Pallmeyer in Courtroom 2119, 219 S. Dearborn, Chicago, Illinois, and then and there present Defendant Mentice, Inc.'s Motion For Leave To Substitute Attorneys and File Answer, attached, and pray for an Order in conformity with the Motion at which time counsel for Plaintiff may appear as he or she sees fit.

Thorelli & Associates
70 W. Madison
Suite 5750
Chicago, IL 60602
(312) 357-0300

## PROOF OF SERVICE BY MAIL

The undersigned, an attorney, on oath states, I served this Notice and Motion To Compel by mailing a copy of same to the above named party at the above address which appears on the envelope and deposited the same in the U.S. Mail at 70 W. Madison, Chicago, Illinois on the 1st day of November, 2007, with proper postage prepaid on or before 5:00 p.m.

_____

1