IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR VARNEY and ANDRZEJ KMIECIK, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No.   07 C 6478 |
| MENTICE, INC., | ) ) | Judge Pallmeyer |
| Defendant. | ) ) | |

**PARTIES' PROPOSED PLANNING REPORT**

Plaintiffs submit the following report.

1. **Meeting.** Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on February 14, 2008, and was attended by Maureen Bantz for the Plaintiffs and Edward Moran for Defendant.

2. **Pre-Trial Schedule.** Plaintiffs propose to the Court the following discovery plan.

   a. Discovery will be needed on the following subjects:

      i. Whether the Fair Labor Standards Act and/or the Illinois Minimum Wage Law apply to Plaintiffs' claims;

      ii. If so, whether Defendant violated the FLSA and/or IMWL;

      iii. The nature of Defendant's compensation plan;

      iv. The number of hours that Plaintiffs worked in each work week;

      v. The wages paid to Plaintiffs in each work week;

      vi. The facts underlying Defendant's defenses;

      vii. The amount of Plaintiffs' damages, if any.

   b. Disclosures pursuant to FED. R. CIV. P. 26(a)(1) to be made by March 11,

2008. Plaintiffs request that all non-expert discovery close 150 days after the Court rules on a motion to issue opt-in notice pursuant to 29 U.S.C. §216(b) or 150 days after the period to opt-in to this case expires, whichever occurs later.

c. The parties expect that they will need approximately 5 depositions.

d. Reports from retained experts under Rule 26(a)(2) due

  i. Plaintiffs request that the cut-off date for designation of both plaintiffs' and defendant's trial expert(s) as provided in Fed. R. Civ. P. 26(a)(2) be disclosed 30 days prior to the close of fact discovery and that all rebuttal trial expert(s) be identified by the fact discovery closure date.

e. Plaintiffs request that all amendments to the pleadings and/or joinder of additional parties, with the exception of persons who may opt-in to this action pursuant to 29 U.S.C. §216(b), may be sought upon appropriate motion by August 22, 2008. Amendments thereafter may be made only on motion for good cause shown.

f. Plaintiffs request that all potentially dispositive motions should be filed 180 days after the Court rules on a motion to issue opt-in notice pursuant to 29 U.S.C. §216(b) or 180 days after the period to opt-in to this case expires, whichever occurs later.

g. Final pre-trial order: Plaintiffs to prepare proposed draft 30 days after the Court rules on dispositive motions or 30 days after the end of non-expert discovery, whichever occurs later; parties to file joint pre-trial order 14 days after Plaintiffs' proposed draft.

h. The case should be ready for trial 14 days after parties file joint pre-trial

order and at this time trial is expected to take approximately 2 to 3 days.

3.     **Settlement Status.** The parties have discussed settlement. Plaintiffs believe that resolution cannot be evaluated until after Notice is provided to potential opt-in Plaintiffs.

4.     **Consent.** The parties do not consent to proceed before a Magistrate Judge.

Dated: February 14, 2008

Respectfully submitted,

**For Plaintiff:**

s/ Maureen A. Bantz
DOUGLAS M. WERMAN
MAUREEN A. BANTZ
CARLOS BECCERA
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

**For Defendant:**

s/ Edward J. Moran
THOMAS THORELLI
EDWARD J. MORAN
Thorelli & Associates
70 W. Madison, Suite 5750
Chicago, IL 60602
(312) 357-0300

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Parties' Proposed Planning Report** was served via regular U.S. mail on February 15, 2008 on:

>Thomas Thorelli
>Edward J. Moran
>Thorelli & Associates
>70 W. Madison, Suite 5750
>Chicago, IL 60602

And via electronic mail on February 15, 2008 on:

>James D. Weiss
>Brian J. Gold
>Sarah M. Konsky
>Sidley Austin LLP
>One South Dearborn Street
>Chicago, IL 60603

>s/Maureen A. Bantz
>Maureen A. Bantz