IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR VARNEY and ANDRZEJ KMIECIK, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>        Plaintiffs,<br><br>v.<br><br>MENTICE, INC.,<br><br>        Defendant. | No. 07 C 6478<br><br>Judge Pallmeyer |

## NOTICE OF FILING

TO:  Thomas Thorelli  James D. Weiss
     Edward J. Moran  Brian J. Gold
     Thorelli & Associates  Sarah M. Konsky
     70 W. Madison, Suite 5750  Sidley Austin LLP
     Chicago, IL 60602  One South Dearborn Street
                                                                Chicago, IL 60603

     **PLEASE TAKE NOTICE** that on February 15, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Parties' Proposed Planning Report**, a copy of which is attached hereto.

                                                        Respectfully submitted,

Date: February 15, 2008

                                                        s/Maureen A. Bantz
                                                        Douglas M. Werman (ARDC #6204740)
                                                        Maureen A. Bantz (ARDC# 6289000)
                                                        Werman Law Office, P.C.
                                                        77 W. Washington, Suite 1402
                                                        Chicago, Illinois 60602
                                                        (312) 419-1008

                                                        Attorneys for Plaintiffs