# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6478 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Victor Varney, et al. vs. Mentice, inc. | | |

**DOCKET ENTRY TEXT**

Defendant Mentice, Inc.'s motion for leave to substitute attorneys and file answer, *instanter*, (14) granted. The law firm of Thorelli & Associates is substituted as counsel for Defendant. Rule 16 conference set for 2/20/08 is stricken and reset to 2/29/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|