FILED
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                       Case Number: 07C 6478
Victor Varney et al v. Mentice, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Mentice, Inc.

*RECEIVED FEB 14 2008  2-14-08  MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

| | |
|---|---|
| NAME (Type or print) Edward J. Moran | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| FIRM Thorelli & Associates | |
| STREET ADDRESS 70 W. Madison, Suite 5750 | |
| CITY/STATE/ZIP Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6195416 | TELEPHONE NUMBER (312) 357-0300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |