IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR VARNEY and ANDREIJ KMIECIK, on behalf of themselves and other similarly situated persons, known and unknown,<br><br>   Plaintiffs,<br><br>v.<br><br>Mentice, Inc.,<br><br>   Defendant. | 07 C 6478<br><br>Judge Pallmeyer<br><br>Magistrate Judge Schenkier |

## SUBSTITUTION AND WITHDRAWAL OF ATTORNEYS

1. Brian J. Gold, James D. Weiss, and Sarah M. Konsky, all of Sidley Austin LLP, hereby request leave of the Court to withdraw their Appearances in this action on behalf of Defendant Mentice, Inc.

2. Thomas H. Thorelli, of Thorelli & Associates, hereby files his Appearance in this action on behalf of Defendant Mentice, Inc.

3. The undersigned, Defendant Mentice Inc., hereby consents to the withdrawal of Sidley Austin LLP and the substitution of Thorelli & Associates as its counsel of record in this action.

Thomas H. Thorelli
Thorelli & Associates
70 W. Madison
Suite 5750
Chicago, IL 60602
(312) 357-0300