## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6478 | **DATE** | 4/7/2008 |
| **CASE TITLE** | Victor Varney vs. Mentice, Inc. | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held on 4/7/2008. Plaintiff to make settlement demand within 21 days. Also within 21 days, Defendant to produce documents relevant to arbitrability of these claims. All discovery to be completed o or before 7/31/2008. Status hearing set for 5/15/2008 at 9:00.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|