# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6478 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Victor Varney, et al vs. Mentice, Inc. | | |

**DOCKET ENTRY TEXT**

By agreement, status hearing set for 5/15/2008 is stricken and reset to 6/10/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|