IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR VARNEY and ANDRZEJ KMIECIK, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>    Plaintiffs,<br><br>v.<br><br>MENTICE, INC.,<br><br>    Defendant. | No. 07 C 6478<br><br>Judge Pallmeyer |

## STIPULATION TO DISMISS

Plaintiffs, Victor Varney and Andrzej Kmiecik, by their attorneys, Werman Law Office, P.C., and Defendant, Mentice, Inc., by its attorneys, Law Offices of Edward J. Moran, hereby stipulate that the above case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**For Plaintiff:**

s/ Maureen A. Bantz
MAUREEN A. BANTZ
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Dated: September 9, 2008

**For Defendants:**

s/ Edward J. Moran
Edward J. Moran
Law Offices of Edward J. Moran
Three First National Plaza
70 W. Madison, Suite 5750
Chicago, IL 60602
(312) 759-0505

Dated: September 9, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the following **Stipulation to Dismiss** was served via electronic mail on September 9, 2008 on:

Edward J. Moran
Law Offices of Edward J. Moran
Three First National Plaza
70 W. Madison, Suite 5750
Chicago, IL 60602

s/Maureen A. Bantz
Maureen A. Bantz