IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR VARNEY and ANDRZEJ KMIECIK, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>        Plaintiffs,<br><br>v.<br><br>MENTICE, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 07 C 6478<br>)<br>)  Judge Pallmeyer<br>)<br>) |

## NOTICE OF FILING

TO:    Thomas Thorelli
         Edward J. Moran
         Thorelli & Associates
         70 W. Madison, Suite 5750
         Chicago, IL 60602

**PLEASE TAKE NOTICE** that on September 9, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Stipulation to Dismiss**, a copy of which is attached hereto.

                                                          Respectfully submitted,

Date: September 9, 2008                    s/Maureen A. Bantz
                                                          Douglas M. Werman (ARDC #6204740)
                                                          Maureen A. Bantz (ARDC# 6289000)
                                                           Werman Law Office, P.C.
                                                            77 W. Washington, Suite 1402
                                                          Chicago, Illinois 60602
                                                           (312) 419-1008

                                                          Attorneys for Plaintiffs