## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6478 | **DATE** | 9/9/2008 |
| **CASE TITLE** | Victor Varney, et al vs. Mentice, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, the above cause is dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Status hearing set for 9/11/2008 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|